NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APELDYN CORPORATION,**
*Plaintiff-Appellant,*

v.

**AU OPTRONICS CORPORATION** AND
**AU OPTRONICS CORPORATION AMERICA,**
*Defendants-Appellees,*

AND

**CHI MEI OPTOELECTRONICS CORPORATION**
AND **CHI MEI OPTOELECTRONICS USA INC.,**
*Defendants-Appellees,*

AND

**SAMSUNG ELECTRONICS CO., LTD.** AND
**SAMSUNG ELECTRONICS AMERICA, INC.,**
*Defendants.*

---

2012-1172

---

Appeal from the United States District Court for the District of Delaware in case no. 08-CV-0568, Judge Sue L. Robinson.

---

# APELDYN CORPORATION,
*Plaintiff-Appellant,*

v.

# AU OPTRONICS CORPORATION AND AU OPTRONICS CORPORATION AMERICA,
*Defendants-Appellees,*

AND

# CHI MEI OPTOELECTRONICS CORPORATION AND CHI MEI OPTOELECTRONICS USA INC.,
*Defendants-Appellees,*

AND

# SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,
*Defendants.*

---

2012-1173

---

Appeal from the United States District Court for the District of Delaware in case no. 08-CV-0568, Judge Sue L. Robinson.

---

**ON MOTION**

---

# ORDER

Apeldyn Corporation ("Apeldyn") moves, unopposed, for an extension of time. Specifically, Apeldyn requests that its deadline to designate materials for the appendix and to file its statement of issues be extended to August 6, 2012; that its deadline to file its certificate of compliance

with Federal Circuit Rule 11(d) be extended to September 7, 2012; and that its deadline to file its opening brief be extended to September 21, 2012. Apeldyn also moves to withdraw its appeal from the district court order disqualifying McKenna Long & Aldridge ("McKenna Long") from representing Apeldyn against Samsung, appeal 2012-1173. McKenna Long moves to withdraw as counsel for Apeldyn.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Apeldyn's motion for an extension of time is granted.

(2) Apeldyn's motion to withdraw appeal 2012-1173 is granted. Appeal 2012-1173 is dismissed. Each side shall bear its own costs in 2012-1173. The revised official caption in 2012-1172 is reflected above.

(3) McKenna Long's motion to withdraw as counsel for Apeldyn is granted.

(4) All other pending motions are denied as moot.

FOR THE COURT

**JUL 0 6 2012**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Gaspare J. Bono, Esq.
Don H. Marmaduke, Esq.
Terrence Duane Garnett, Esq.
Donald R. McPhail, Esq.
Neil Phillip Sirota, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 6 2012

JAN HORBALY
CLERK

s25

ISSUED AS A MANDATE (as to 2012-1173 only): __JUL__ 0 6 2012